IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE CHARTER SCHOOL FUND, LLC and 18 WINTERGREEN DESOTO K-8 SCHOOL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF DESOTO, TEXAS et al.,<br><br>Defendants. | Case No. 3:19-cv-01053-M-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 24, 2022. (ECF No. 70). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 28th day of March, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE